UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------X

PAMELA DEMMS ANDEREGG,

                Plaintiff,        10-CV-729 (FJS/ATB)

    – against –

THE AMERICAN NATIONAL RED CROSS,   STIPULATION OF DISMISSAL
CAYUGA COUNTY CHAPTER OF THE      WITH PREJUDICE
AMERICAN RED CROSS, SUSAN
MARTENEY, and CHRISTOPHER MOLLOY,

                Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties herein, that all claims presented in the Complaint herein are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of Federal Rules of Civil Procedure with each party bearing their own attorneys' fees, costs and disbursements.

FOULKE LAW OFFICES

By: _____
Evan M. Foulke
1997 Route 17M
Goshen, New York 10924
*Attorneys for Plaintiff*

Dated: June ___, 2011

EPSTEIN BECKER & GREEN, P.C.

By: _____
Michael A. Kalish
Jill Barbarino
250 Park Avenue
New York, New York 10177
*Attorneys for Defendants The American National Red Cross, Cayuga County Chapter of the American Red Cross, and Susan Marteney*

Dated: ~~June~~ 21, 2011
       July

FIRM:16066429

GETNICK LIVINGSTON ATKINSON &
PRIORE, LLP

By: *Joseph A. DeTraglia*
Joseph A. DeTraglia
258 Genesee Street, Suite 401
Utica, NY 13502
(315) 797-9261
*Attorneys for Defendant Christopher Molloy*

Dated: July 13, 2011

SO ORDERED

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

8/11/11

2

FIRM:16066429